# IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN
********

| | |
|---|---|
| CHARLES A. KAPLANEK, III, ) | CASE NO. ST-95-CV-459 |
| Plaintiff, ) | |
| v. ) | ACTION FOR DECLARATORY RELIEF, |
| ) | PRELIMINARY AND PERMANENT |
| BRUCE W. STREIBICH, ) | INJUNCTIVE RELIEF, AND DAMAGES |
| Defendant. ) | |
| WARREN STRYKER and MARGARET STRYKER, ) | |
| Intervening Plaintiffs. ) | |
| ARTHUR SCHMAUDER, ELIZABETH MCGUIRE, and BLUE WATERS RETREAT, LLC, ) | Cite as 2023 VI Super 10 |
| Intervening Defendants. ) | |

## ORDER

**THIS MATTER** is before the Court on Defendant Bruce Streibich's "Motion to Dismiss," filed on September 2, 2022. Plaintiff Kaplanek, III and Intervening Plaintiffs Warren Stryker and Margaret Stryker filed a joint opposition on September 28, 2022, and Defendant filed a reply on October 13, 2022. The Court having issued a Memorandum Opinion on this date, it is hereby

**ORDERED** that the Defendant's motion is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Count Two (Easement by Prescription) and Count Three (Easement by Estoppel) of the Verified Complaint are **DISMISSED**; and it is further

**ORDERED** that Counts Two, Three, Four, Five, and Six of the Complaint in Intervention were **DISMISSED** by stipulation on September 27, 2022; and it is further

**ORDERED** that the motion to dismiss Count Four (Easement by Implication) of the Verified Complaint is **DENIED**; and it is further

**ORDERED** that a copy of this Order shall be directed to Michael E. Fitzsimmons, Esquire, Carol Ann Rich, Esquire, Gregory Adam Thorp, Esquire, Matthew J. Duensing, Esquire, and Mark D. Hodge, Esquire.

Dated: March 23, 2023

ATTEST:
Tamara Charles
Clerk of the Court

By: _____
Donna D. Donovan
Court Clerk Supervisor 3 / 23 / 2023

Renée Gumbs Carty
Senior Sitting Judge, Superior Court
of the Virgin Islands